GUTHRIE McCLINTIC, Plaintiff, v. EDWARD SHELDON et al., Defendants.

Supreme Court, Special Term, New York County, August 26, 1943.

*Walter S. Beck* for plaintiff.

*Milton M. Rosenbloom* for defendants.

WALTER, J. Motion to review taxation of costs is denied. Whatever may be the situation elsewhere, I think there can be no doubt that " according to the course and practice of the court " in this district, the fees of stenographers upon examinations before trial are a reasonable and necessary disbursement.